**No. 09-1521. United States, Petitioner v. Eastern Shawnee Tribe of Oklahoma.**

563 U.S. 971, 131 S. Ct. 2872, 179 L. Ed. 2d 1184, 2011 U.S. LEXIS 3432.

May 2, 2011. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Federal Circuit for further consideration in light of United States v. Tohono O'odham Nation, 563 U.S. 307, 131 S. Ct. 1723, 179 L. Ed. 2d 723 (2011). Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 582 F.3d 1306.

**No. 10-315. Sonic Automotive, Inc., dba Century BMW, Petitioner v. Christine Watts, et al.**

563 U.S. 971, 131 S. Ct. 2872, 179 L. Ed. 2d 1184, 2011 U.S. LEXIS 3532.

May 2, 2011. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the Supreme Court of South Carolina for further consideration in light of AT&T Mobility LLC v. Concepcion, 563 U.S. 333, 131 S. Ct. 1740, 179 L. Ed. 2d 742 (2011).

Same case below, 387 S.C. 525, 693 S.E.2d 394.

**No. 10-398. Cellco Partnership, dba Verizon Wireless, Petitioner v. Keith Litman, et al.**

**No. 10-551. Keith Litman, et al., Petitioners v. Cellco Partnership, dba Verizon Wireless.**

563 U.S. 971, 131 S. Ct. 2872, 179 L. Ed. 2d 1184, 2011 U.S. LEXIS 3383.

May 2, 2011. Petitions for writs of certiorari granted. Judgment vacated, and cases remanded to the United States Court of Appeals for the Third Circuit for further consideration in light of AT&T Mobility LLC v. Concepcion, 563 U.S. 333, 131 S. Ct. 1740, 179 L. Ed. 2d 742 (2011).

Same cases below, 381 Fed. Appx. 140.

**No. 10-1027. Missouri Title Loans, Inc., Petitioner v. Beverly Brewer.**

563 U.S. 971, 131 S. Ct. 2875, 179 L. Ed. 2d 1184, 2011 U.S. LEXIS 3378.

May 2, 2011. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the Supreme Court of Missouri for further consideration in light of AT&T Mobility LLC v. Concepcion, 563 U.S. 333, 131 S. Ct. 1740, 179 L. Ed. 2d 742 (2011).

**No. 10-9228. Wardell Moore, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 972, 131 S. Ct. 2878, 179 L. Ed. 2d 1184, 2011 U.S. LEXIS 3412.

May 2, 2011. Motion of petitioner for leave to proceed in forma pauperis denied,

and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.